**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                    Case No.: 4:08-CR-027-SPM

TELLIS VERNARD HARRIS,,

    Defendant.

_____/

**ACCEPTANCE OF GUILTY PLEA**

PURSUANT TO the Report and Recommendation (doc. 43) of the United States Magistrate Judge William C. Sherrill, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **TELLIS VERNARD HARRIS**, to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this fifteenth day of August, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge