**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No.: 4:08-CR-027-SPM

TELLIS VERNARD HARRIS,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING HEARING

Defendant's Motion to Continue Sentencing (doc. 70), which the Government does not oppose, is **granted**. Defendant's sentencing hearing is hereby rescheduled for 1:30 p.m. on **Monday, March 23, 2009**, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this second day of December, 2008.

                                       *s/ Stephan P. Mickle*
                                       Stephan P. Mickle
                                       United States District Judge