**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No.: 4:08-CR-027-SPM

TELLIS VERNARD HARRIS,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING HEARING

Defendant's Motion to Continue Sentencing (doc. 95), which the Government does not oppose, is ***granted***.  Defendant's sentencing hearing is hereby rescheduled for 1:30 p.m. on **Monday, July 20, 2009**, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this <u>fourteenth</u> day of May, 2009.


                             *s/ Stephan P. Mickle*
                             Stephan P. Mickle
                             United States District Judge