IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO.: 4:08-CR-27-SPM

TELLIS VERNARD HARRIS.

    Defendant.
_____/

## ORDER OF RELEASE

The Court having sentenced Defendant to a term of 15 months imprisonment, which he has completed with credit for time served, it is

ORDERED AND ADJUDGED: The United States Marshal Service shall release the defendant from custody in this case. Defendant shall remain subject to any detainer on other charges.

DONE AND ORDERED this <u>twentieth</u> day of July, 2009.

                                                Stephan P. Mickle
                                                Chief United States District Judge