IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:08cr27-SPM/WCS

TELLIS VERNARD HARRIS
_____/

**ORDER TO TAKE TELLIS VERNARD HARRIS INTO**
**FEDERAL CUSTODY FOR SERVICE OF HIS SENTENCE**

On November 29, 2010, the Court sentenced Defendant Tellis Vernard Harris to a term of 6 months' imprisonment for violation of his supervised release. Following sentencing, Defendant was allowed to self-surrender by December 29, 2010. However, the Court has been informed by the Defendant's probation officer of the Defendant's threatening behavior while released, and is in agreement with the Probation officer's request to revoke self-surrender. Accordingly, it is

ORDERED AND ADJUDGED: The United States Marshal shall immediately take Defendant into custody and deliver him to the Bureau of Prisons for service of his sentence.

DONE AND ORDERED this <u>third</u> day of December, 2010.

<u>　　*s/ Stephan P. Mickle*　　</u>
Stephan P. Mickle
Chief United States District Judge